# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BERNARDO ARROYOS, ) | NO. CV 11-0884 FMO |
| ) Plaintiff, ) | |
| ) v. ) | **JUDGMENT** |
| ) MICHAEL J. ASTRUE, COMMISSIONER ) OF SOCIAL SECURITY ) ADMINISTRATION, ) | |
| ) Defendant. ) ) | |

**IT IS ADJUDGED** that the decision of the Commissioner of the Social Security Administration is affirmed.

Dated this 21st day of November, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge